**UNITED STATES of America, Plaintiff–Appellee**

v.

**Richard Keith ESSER, Defendant–Appellant.**

No. 04–51372.

United States Court of Appeals, Fifth Circuit.

Decided July 22, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Jimmy B. Parks, San Antonio, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellees motion to vacate sentence is granted.

IT IS FURTHER ORDERED that Appellees motion to remand case to District Court for resentencing in light of the Supreme Courts recent opinion in Booker and this Courts opinion in Mares is granted.

IT IS FURTHER ORDERED that Appellees alternative motion to extend time to file Appellees brief fourteen (14) days

after the denial of the Appellees motion to vacate and remand is denied as unnecessary.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.